


DISTRICT OF COLUMBIA, ss:

# DECLARATION OF ANNA CAVNAR

I, Anna Cavnar, declare and say as follows:

1. I am an Attorney-Adviser in the Office of the Legal Adviser, Department of State, Washington, D.C. This office has responsibility for extradition requests within the Department of State, and I am charged with the extradition case of Ryan John Lazore. I make the following statements based upon my personal knowledge and upon information made available to me in the performance of my official duties.

2. In accordance with the provisions of the extradition treaty in full force and effect between the United States and Canada, the Canadian Embassy has submitted Diplomatic Note No. 2020, dated February 27, 2015, formally requesting the extradition of Ryan John Lazore. A copy of the diplomatic note is attached to this declaration.

3. The relevant and applicable treaty provisions in full force and effect between the United States and Canada are found in the Extradition Treaty between the United States of America and Canada of December 3, 1971, which entered into force on March 22, 1976 (TIAS 8237) (the "1971 Treaty"), the Protocol Amending the Extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991 (the "1988 Protocol"), and the Second Protocol Amending the Extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (the "2001 Protocol"). Copies of the Treaty and the Protocols are attached to this declaration.

4. In accordance with Article 17 of the 1971 Treaty, the Government of the United States provides legal representation in its courts for Canada in its extradition requests, and Canada provides legal representation in its courts for extradition requests made by the United States.

5. The offense for which extradition is sought is an extraditable offense pursuant to Article 2 of the 1971 Treaty, as replaced by Article I of the 1988 Protocol. Article 2 of the 1971

15022004-5

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

...ify That Anna Cavnar, whose name is subscribed to the document hereunto annexed, was at ... of subscribing the same Attorney-Adviser, Office of the Legal Adviser, Department of State, ... ...tes of America, and that full faith and credit are due to her acts as such.

*...is certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this third day of March, 2015.

*Issu... ...uant to CHXIV,... ...of Sept... ...789, 1 Stat. 68... USC... ...22USC 2651a; 301;... ...C 1733 et. seq.; 1445... ...LE 44 Federal R... Civil... ...ure.*

_____ *John F. Kerry*
                         Secretary of State

By _____
   Assistant Authentication Officer,
   Department of State

-2-

Treaty, as replaced by Article I of the 1988 Protocol, provides that extradition shall be granted for conduct which constitutes an offense punishable by the laws of both Canada and the United States by imprisonment or other form of detention for a term exceeding one year or any greater punishment.

6. The documents submitted by the Government of Canada in support of its extradition request were certified on February 23, 2015, by Bruce A. Heyman, Ambassador of the United States of America in Ottawa, in accordance with Title 18, United States Code, Section 3190. Mr. Heyman, at the time of his certification, was the principal diplomatic officer of the United States in Canada.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 3, 2015.

_____
ANNA CAVNAR

Attachments:

1. Copy of Note
2. Copy of Treaty and Protocols



Canadian Embassy          Ambassade du Canada

L/LEI
2015 FEB 27 P 3 59
DEPARTMENT OF STATE

Note No. 2020

    The Embassy of Canada presents its compliments to the Department of State and has the honour to request the extradition of Ryan John Lazore, an Aboriginal Canadian and American citizen, born on August 17, 1988.

    The subject is described as having brown eyes and brown hair. Photographs of the person sought are appended to the supporting extradition documents.

    Ryan John Lazore is wanted in the Province of Québec to stand trial for second degree murder contrary to section 235 of the *Criminal Code of Canada*.

    A Warrant for Arrest was issued on December 30, 2014 in the District of Beauharnois, Province of Québec, by Justice of the Peace Céline Gervais.

    There is no statute of limitations in respect of the offence for which the person sought stands charged.

    Mr. Lazore is currently being detained at the Clinton County Jail in Plattsburgh, New York.

                                               .../2

-2-

The Prosecuting Attorney is Dany Jean, Director of Criminal and Penal Prosecutions, Québec, Québec; telephone 418-643-9059 extension 21518.

The Embassy of Canada avails itself of this opportunity to renew to the Department of State the assurances of its highest consideration.

WASHINGTON, D.C.

February 27, 2015

