UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE EXTRADITION

OF

RYAN LAZORE

ORDER OF DETENTION

Case #  8:14-M-493(GLF)

Ryan Lazore is ordered committed to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

Dated this 12th Day of March 2015

Hon. Gary L. Favro
U..S. Magistrate Judge, N.D.N.Y.